THE PEOPLE OF THE STATE OF NEW YORK ex rel. NASSAU ELECTRIC RAILROAD COMPANY, Respondent, *v.* EDWARD M. GROUT, as Comptroller of the City of New York, et al., Appellants.

*People ex rel. Nassau El. R. R. Co* v. *Grout,* 119 App. Div. 130, affirmed. (Argued May 24, 1907; decided June 11, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered April 26, 1907, which reversed an order of Special Term denying a motion for a peremptory writ of mandamus to compel the defendants to credit upon the special franchise tax of the relator a sum paid to the commissioner of bridges for bridge tolls and granted said motion.

*William B. Ellison, Corporation Counsel (George S. Coleman* of counsel), for appellants.

*Edward W. Hatch, Charles A. Collin, John L. Wells* and *George D. Yeomans* for respondent.

Order affirmed, with costs, on opinion below.

Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.